IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ROSCOE LEWIS HOLLOWAY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:03cv995-MHT |
| | ) | (WO) |
| NELL WRIGHT, etc., et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

    Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that he was forced, in violation of the Eighth Amendment, to remain in a cell that contained the blood of another inmate.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that one defendant be dismissed and that the other defendants' motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record,

the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2006.

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**